IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALLE GUISSE, :
:
    Plaintiff(s), :
: Case Number: 1:08cv833
    vs. :
: Chief Judge Susan J. Dlott
BUREAU OF CITIZENSHIP and
IMMIGRATION SERVICES, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 5, 2010 a Report and Recommendation (Doc. 14). Subsequently, the plaintiff filed a letter with the Court (Doc. 17).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the District Court is without jurisdiction to review decisions by the Board of Immigration Appeals, therefore, Plaintiff's complaint is **DISMISSED** and this case is **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott____
                                                      Chief Judge Susan J. Dlott
                                                      United States District Court