**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:08-CV-833 SJD
Docs 18, 19

Sent To: Alle Guisse
Street, Apt. No.; or PO Box No.: 1016 Beech Ave
City, State, ZIP+4: Cincinnati, OH 45205

7002 3150 0000 8389 4710

PS Form 3800, June 2002          See Reverse for Instructions